1834.
REED
*v.*
DARROW.

---

### HUNTER *v.* DASHWOOD, *et al.*

---

Where infant trustees are ordered to convey, they are entitled to their costs.

---

A farm had been conveyed to Ludlow Dashwood; and he was to reconvey to the complainant: but died, leaving a widow and infant children. Bill to obtain a conveyance from the latter parties; and decree accordingly (2 R. S. 194.) The question was, whether the children were entitled to their costs? THE VICE-CHANCELLOR decided they were to have these costs (*Ex parte Cant*, 10 Ves. 554.)

*January* 13, 1835.

*Practice.*
*Infants.*
*Costs.*

1834.        The decretal order (after its recitals) was thus settled:

HUNTER    "and by which report the said master has reported that the
  v.        said defendants, Gulian L. Dashwood, Maria Dashwood,
DASHWOOD.  Emma Dashwood and Charles Ludlow Dashwood are infant
trustees within the provisions of part third, title 2, chapter
1st, article seventh of the Revised Statutes of this state, and
that they should be directed by this court to convey and as-
sure the said farm, lands and premises above mentioned to
the complainant; and the said report and the evidence there-
to subjoined being fully considered: this court doth now, on
motion of the said complainant's counsel, order that the said
master's report be, in all things, confirmed; and doth, in vir-
tue of the power and authority of this court and of the said
Revised Statutes, order, determine, direct and decree that
the infant defendants, Gulian L. Dashwood, Maria Dash-
wood, Emma Dashwood and Charles Ludlow Dashwood, do,
within ten days after service of a copy of this decretal order
and upon the production of the clerk's certificate that the
decree in this cause has been enrolled, execute, by their
guardian Thomas W. Ludlow, on account of their tender
age, but in their names and with their seals, a deed, convey-
ance or reconveyance of the farm, lands and premises above
mentioned to the said complainant and to his heirs and as-
signs for ever, the form whereof to be settled and approved
by the said Thomas Addis Emmet, one of the masters of
this court. And this court doth further order, direct and
decree that the said Emma Dashwood, widow of the said
Ludlow Dashwood, deceased, do join in the said deed of
conveyance and execute the same under her hand and seal
for the purpose of releasing and conveying her estate and
right of dower of, in and to the said farm, lands and premises
above and in the said complainant's bill mentioned; and
that the said parties respectively acknowledge the said deed
before a commissioner of deeds in the city of New York,
that the same may be recorded according to law. And it
is further ordered that the complainant do pay the costs of
the said infant defendants by their guardian ad litem in this

cause to be taxed; and that no costs be allowed in this cause to any other party as against another."

Mr. *Charles Graham*, for the complainant.

Mr. *W. H. Harison*, for the guardian *ad litem.*